# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR420-017 |
| | ) | |
| ALEXANDER WALLACE | ) | |

# ORDER

The Court held a hearing on defendant's previous motion to appoint new counsel on August 5, 2020. *See* doc. 39. At that hearing, defendant indicated that he was satisfied with the representation counsel was providing and intended to accept a plea offer from the Government. Notice of that plea agreement was filed on August 11, 2020. Doc. 42. Also on August 11, 2020, the Court received a letter from defendant requesting, again, substitute counsel.[1] Doc. 41. The letter is undated and the envelope is not postmarked. *See id.* at 1-3. It is possible, therefore, that the delivery of the letter was delayed and that it was dispatched prior to defendant's recent indications of satisfaction with his counsel.

---

[1] That letter was docketed *ex parte*. However, nothing in the substance of the letter warrants its restriction from the docket in this case. Accordingly, the Clerk is **DIRECTED** to remove all restrictions.

Accordingly, counsel is **DIRECTED** to contact defendant within seven days from the date of this Order to ascertain whether he, in fact, wishes to seek substitute counsel. If he, in fact, wishes to pursue the request in his letter, current counsel is **DIRECTED** to file a motion to withdraw from representation. If the letter merely reflects defendant's past dissatisfaction, and defendant no longer wishes to seek substitute counsel, current counsel is **DIRECTED** to file a notice memorializing the date and manner of his contact with defendant and defendant's wish to withdraw the motion.

**SO ORDERED**, this 13th day of August, 2020.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia